RECEIVED
IN LAKE CHARLES, LA

JAN 1 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DERRICK MOORE** | : | **DOCKET NO. 2:05-cv-1645** |
| **VS.** | : | **JUDGE MINALDI** |
| **J.P. YOUNG, WARDEN, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 be DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __19__ day of ___Jan___, 2006

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE